IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

---

| UNITED STATES OF AMERICA, | ) |
|---|---|
| Plaintiff, | ) |
| VS. | ) CR. NO. 1:18-10041-STA |
| ANNA DOSTER, | ) |
| Defendant. | ) |

---

## ORDER ON CHANGE OF PLEA
## AND NOTICE OF SETTING

---

This cause came to be heard on March 18, 2019, Assistant United States Attorney, Jerry Kitchen, appearing for the Government and the defendant, Anna Doster, appearing in person, and with counsel, Dianne Smothers.

With leave of the Court, the defendant withdrew the not guilty plea heretofore entered and entered a plea of guilty to Count 1 and Count 2 of the Indictment.

A basis in fact having been established, the Court accepted the guilty plea.

**SENTENCING** in this case is **SET** for **TUESDAY, JUNE 18, 2019 at 1:30 P.M., before Chief S. Thomas Anderson.**

Defendant is remanded to the custody of the United States Marshals.

**ENTERED** this the 18th day of March, 2019.

s/ S. Thomas Anderson
CHIEF JUDGE, U. S. DISTRICT COURT