IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| v. | * | Cr. No.: 18-10041-STA |
| | * | |
| ANNA DOSTER | * | |
| Defendant. | * | |
| | * | |

### ORDER AND NOTICE OF RESETTING

Upon Motion of the Defendant and for good cause shown, and there being no objection by the Government, the Motion to Continue Sentencing is granted.

The sentencing shall be reset for the **29th day of July, 2019 at 9:00 a.m.**

IT IS SO ORDERED, this the 17th day of June, 2019.

s/S. Thomas Anderson
S. THOMAS ANDERSON
CHIEF UNITED STATES DISTRICT JUDGE